# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * * * * * *
CAPRICE BRITT,                      *
                                    *    No. 17-1352V
            Petitioner,             *    Special Master Christian J. Moran
                                    *
v.                                  *
                                    *    Filed:  February 12, 2021
SECRETARY OF HEALTH                 *
AND HUMAN SERVICES,                 *
                                    *
            Respondent.             *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On February 10 and 11, 2021, a hearing was held in this case.  During the hearing, additional documents were identified as missing and potentially informative.  Specifically, it was discovered that Dr. Dantuluri's office may have other probative records, including intake forms for Ms. Britt and nurses notes from an October 28, 2016 visit.  Additionally, Ms. Britt testified that she may have had flu shots administered in the years preceding her alleged injury.

Accordingly, the following is ORDERED:

1. From Dr. Dantuluri's office, Petitioner shall file Ms.Britt's intake form and any nurse's notes pertaining to the October 28, 2016 visit by **Monday, March 15, 2021**.

2. Petitioner shall file medical records for previous flu vaccinations by **Monday, March 15, 2021**.

Any questions regarding this order may be directed to my law clerk, Jason Wiener, at (202) 357-6360.

**IT IS SO ORDERED**.

s/Christian J. Moran
Christian J. Moran
Special Master